WILLIAMS *v.* DEMPSEY, JUDGE OF SUPERIOR COURT OF ST. JOSEPH COUNTY.

[No. 0-417.   Filed January 24, 1956.]

*Forrester Williams, pro se.*

PER CURIAM.—The petitioner seeks an alternative writ of mandamus directed to respondent judge. The action is not prosecuted in the name of the State of Indiana on the relation of

the party seeking relief, and this requirement is mandatory. Nor does the petition comply with Rule 2-35 as to certified copies of the pleadings, orders and entries in the trial court.

Petition denied.

NOTE.—Reported in 131 N. E. 2d 469.